IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV109-MU

| | | |
|---|---|---|
| GEDION W. TEKLEWOLDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERICAN EXPRESS CORP., | ) | |
| EQUIFAX, EXPERIAN and | ) | |
| TRANSUNION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court upon motion of Defendant "American Express Corp." to dismiss pursuant to Rule 12(b)(6). This Defendant alleges that it is improperly named, but nevertheless seeks to dismiss the *pro se* Plaintiff's Complaint against it for failure to state a claim upon which relief may be granted. The *pro se* Plaintiff has filed a response. The court has reviewed the Complaint and concludes that Plaintiff has failed to state a claim against this Defendant upon which relief may be granted. Accordingly,

IT IS THEREFORE ORDERED that Defendant "American Express Corp.'s" motion to dismiss is hereby GRANTED.

Signed: May 2, 2006

Graham C. Mullen
United States District Judge