IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV109

| | |
|---|---|
| GEDION W. TEKLEWOLDE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN EXPRESS CORP., ) <br> EQUIFAX (EFX), ) <br> EXPERIAN (EXP), ) <br> TRANSUNION (TRU), ) <br> ) <br> Defendants. ) <br> ) | **ORDER GRANTING** <br> **PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendant TransUnion to allow **M. Kasey Ratliff** to appear *Pro Hac Vice*, filed April 10, 2006 [doc. #13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Ratliff has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 30, 2006

Graham C. Mullen
United States District Judge