IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV109

| | |
|---|---|
| GEDION W. TEKLEWOLDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING** |
| ) | **PRO HAC VICE ADMISSION** |
| AMERICAN EXPRESS CORP., EQUIFAX, ) | |
| EXPERIAN, TRANSUNION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon the motion of defendant Equifax to allow **Garrett E. Miller** to appear *Pro Hac Vice*, filed July 14, 2006 [doc. #32].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Miller has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 17, 2006

Graham C. Mullen
United States District Judge