IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV109-MU

| | |
|---|---|
| GIDEON W. TEKLEWOLDE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AMERICAN EXPRESS CORP., ) | |
| EQUIFAX, EXPERIAN AND ) | |
| TRANSUNION, ) | |
| ) | |
|     Defendants. ) | |

    This matter is before the court upon the *pro se* Plaintiff's "Motion for Contempt Order," filed January 17, 2007. Plaintiff requests that non-party American Express Travel Related Services, Inc. be held in contempt for failure to respond to a subpoena issued to it on December 11, 2006. On January 26, 2007, American Express Travel Related Services, Inc. filed a Motion to Quash and/or Modify the Subpoena, but stated that they are attempting to comply and anticipated production of all requested documents within ten to fourteen business days. Copies of correspondence dated February 15, 2007 indicate that the requested documents were sent to the Plaintiff on two separate occasions. Accordingly,

    IT IS THEREFORE ORDERED that Plaintiff's Motion for Contempt Order is hereby DENIED, and the Motion to Quash and/or Modify is likewise DENIED.

    Signed: March 20, 2007

    Graham C. Mullen
    United States District Judge