# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gideon W. Telewolde,

    Plaintiff(s),

vs.

American Express Corp., et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv109

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/21/07 Order.

Signed: June 22, 2007

Frank G. Johns, Clerk
United States District Court