IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV109-MU

| | | |
|---|---|---|
| GEDION W. TEKLEWOLDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERICAN EXPRESS CORP., EQUIFAX, | ) | |
| EXPERIAN and TRANSUNON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court upon a document filed by the *pro se* Plaintiff on July 11, 2007. The document does not bear a label, but appears to complain about the failure of former Defendant American Express to provide certain information pursuant to a subpoena. On June 21, 2007 this court entered an Order dismissing the last remaining Defendant in this case, and the case was closed. Accordingly, the Plaintiff is not entitled to any further responses or documents from American Express.

IT IS SO ORDERED.

Signed: July 16, 2007

Graham C. Mullen
United States District Judge